IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER JOHN J. SAVOIE,<br>individually and as best friend of his minor<br>children IJS and RMS,<br><br>    Plaintiff,<br><br>v.<br><br>JUDGE JAMES G. MARTIN, III, individually, and<br>in his official capacity as judge and in his official<br>capacity as Tennessee Supreme Court Rule 31<br>Neutral and as a party to a Rule 31 mediation<br>contract, STITES & HARBISON, PLLC, in their<br>capacity as employer of Mediator James G. Martin,<br>III, and CELIA WOOLVERTON, individually and<br>in her official capacity as court ordered parental<br>coordinator,<br><br>    Defendants. | Civil No. 3:10-0327<br>Judge Trauger |

**O R D E R**

Given the filing of a Motion to Dismiss (Docket No. 20), it is hereby ORDERED that the initial case management conference scheduled for June 7, 2010 is CONTINUED to be reset, if appropriate, after a disposition of this motion.

It is so **ORDERED**.

ENTER this 1st day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge