# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER JOHN SAVOIE,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Case No. 3:10-0327** |
| ) | **Judge Trauger** |
| **JUDGE JAMES G. MARTIN, III,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiff's Rule 60 Motion to Set Aside Order of Dismissal (Docket No. 50) is **GRANTED IN PART**, and the September 17, 2010 Order and Judgment (Docket Nos. 47-48) are **VACATED.** The court deems the Second Amended Complaint (Docket No. 51) filed and deems the defendants' motions to dismiss (Docket Nos. 42, 44, and 45 renewing Docket Nos. 20, 24, and 26) pending and challenging the Second Amended Complaint. The plaintiffs shall file their response to the motions to dismiss within 21 days of the date of entry of this Order. The defendants will have 14 days from the date of the filing of the plaintiffs' response to file optional replies.

It is so ordered.

Enter this 12th day of October 2010.

_____
ALETA A. TRAUGER
United States District Judge