IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER JOHN SAVOIE,** *et al.* ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **JUDGE JAMES G. MARTIN, III,** *et al.*, ) <br> ) <br>     **Defendants.** ) <br> ) | **Case No. 3:10-0327** <br> **Judge Trauger** |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Renewed Motion of Stites & Harbison, PLLC and James G. Martin, III as Mediator, to Dismiss (Docket No. 42), Defendant Celia Woolverton's Renewed Rule 12(b)(6) Motion to Dismiss Complaint (Docket No. 44), and the Renewed Motion to Dismiss of Defendant Judge James G. Martin, III (Docket No. 45) are **GRANTED** and this case is hereby **DISMISSED**. This dismissal is on the merits except as to the state law claims against Stites & Harbison – claims over which the court declines to exercise supplemental jurisdiction. Entry of this Order shall constitute the judgment in this case.

    It is so ordered.

    Enter this 2nd day of December 2010.

                                                              _____
                                                             ALETA A. TRAUGER
                                                             United States District Judge